

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Debra Carter,

\* From the 220th District Court
of Comanche County,
Trial Court No. CV16321.

Vs. No. 11-22-00294-CV

\* April 25, 2024

AgAmerica Lending, LLC; AgAmerica
AV1, LLC; Richard H. Hester; Kelly
Goddard; David Garvin; Michelle
Schwartz; and Foley & Lardner LLP,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the record in this cause should be further developed on the issue of Appellant's standing, and without affirming or reversing the summary judgment granted in favor of Appellees, we remand this cause to the trial court for further proceedings consistent with this opinion. Appellant, Debra Carter, has filed a statement of inability to afford costs and is indigent for purposes of the costs of this appeal. We therefore do not assess costs against Carter. *See* TEX. R. APP. P. 43.4. Appellees AgAmerica Lending, LLC; AgAmerica AV1, LLC; Richard H. Hester; Kelly Goddard; David Garvin; Michelle Schwartz; and Foley & Lardner LLP shall bear their own costs.